UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HENDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>J. LEWIS, et al.,<br><br>    Defendants. | Case No. 17-cv-06977-HSG (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE** *IN FORMA PAUPERIS* **APPLICATION** |

Plaintiff, a California state prisoner proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983. (Docket No. 1.) Plaintiff also filed two incomplete *in forma pauperis* ("IFP") applications. (Docket Nos. 5, 7.) Specifically, plaintiff's IFP applications do not contain a Certificate of Funds completed and signed by an authorized prison officer, and a prison trust account statement detailing transactions for the last six months.

In the interests of justice, plaintiff is GRANTED an extension of time to file a complete IFP application. Plaintiff shall file the documents necessary to complete the IFP application no later than **twenty-eight (28)** days from the filing date of this order.

If plaintiff fails to either pay the filing fee or file a complete IFP application in the time provided, this action will be dismissed without prejudice and without further notice to plaintiff. The Clerk shall mail plaintiff a new copy of the Court's form prisoner IFP application with instructions.

**IT IS SO ORDERED.**

Dated: 1/22/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge