UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HENDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>J. LEWIS, et al.,<br><br>    Defendants. | Case No. 17-cv-06977-HSG (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 47 |

Good cause appearing, defendants' motion for an extension of time to: (1) file a dispositive motion, and (2) file an opposition to plaintiff's motion for summary judgment is hereby GRANTED. The deadline for defendants to file a dispositive motion is CONTINUED to **March 1, 2019**. Plaintiff shall file any opposition to defendants' motion within **twenty-eight (28)** days of the date the motion is filed. Defendants shall file a reply within **fourteen (14)** days of the date the opposition is filed.

Defendants' shall also file their opposition to plaintiff's motion for summary judgment no later than **March 1, 2019**. Plaintiff shall file a reply within **fourteen (14)** days of the date the opposition is filed.

This order terminates Docket No. 47.

**IT IS SO ORDERED.**

Dated: 1/25/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge