UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HENDERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>J. LEWIS, et al.,<br><br>    Defendants. | Case No. 17-cv-06977-HSG<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME**<br><br>Re: Dkt. No. 50 |

Good cause being shown, Plaintiff's request for an extension of time to file his reply in support of his summary judgment motion and to file his opposition to Defendants' summary judgment motion is GRANTED. Dkt. No. 50. Plaintiff shall file both his reply in support of his summary judgment motion and his opposition to Defendants' summary judgment motion by **April 30, 2019**. Defendants shall file a reply in support of their summary judgment motion within **fourteen (14) days** of the date Plaintiff's opposition is filed.

This order terminates Dkt. No. 50.

**IT IS SO ORDERED.**

Dated: 4/1/2019

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge