UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HENDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>J. LEWIS, et al.,<br><br>    Defendants. | Case No. 17-cv-06977-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF SUMMARY JUDGMENT MOTION**<br><br>Re: Dkt. No. 53 |

Good cause being shown, Defendants' request for an extension of time to file their reply in support of their summary judgment motion is GRANTED. Defendants shall file their reply in support of their summary judgment motion by May 13, 2019. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 53.

**IT IS SO ORDERED.**

Dated: 4/22/2019

_Haywood S. Gilliam Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge