IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARREN HENDERSON,**<br><br>Plaintiff,<br><br>v.<br><br>**J. LEWIS, et al.,**<br><br>Defendants. | Case No. 4:17-cv-06977-HSG<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT ECF NO. 44** |

Counsel for Defendants C. Watson, J. Lewis, J. Rodriguez, R. Kumar, and L. Gamboa filed a Motion to Remove Incorrectly Filed Document ECF No. 44. The Court has read and considered the motion and finds that good cause exists to grant the motion.

**IT IS HEREBY ORDERED** that Defendants' Motion to Remove Incorrectly Filed Document ECF No. 44 is **GRANTED**, and that the current version of ECF No. 44 is permanently removed from the public record. Counsel for defendants is directed to e-file the redacted version of ECF No. 44, attached as Exhibit A, by the close of business today.

Dated: April 23, 2019

_Haywood S. Gill, Jr._
The Honorable Haywood S. Gilliam, Jr.

1