UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HENDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>J. LEWIS, et al.,<br><br>    Defendants. | Case No.17-cv-06977-HSG<br><br>**JUDGMENT** |

Judgment is entered in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 10, 2019

HAYWOOD S. GILLIAM, JR.
United States District Judge