UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HENDERSON,<br>　　　　Plaintiff,<br>　v.<br>J. LEWIS, et al.,<br>　　　　Defendants. | Case No. 17-cv-06977-HSG<br><br>**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>Re: Dkt. No. 67 |

Plaintiff, a California prisoner, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Now pending before the Court is plaintiff's motion requesting leave to proceed *in forma pauperis* on appeal. The Court has already denied plaintiff leave to proceed *in forma pauperis* on appeal on the grounds that the appeal is frivolous. *See* Dkt. No. 66 (citing 28 U.S.C. § 1915(a)(3); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002)). The pending motion appears to be a copy of the initial motion requesting leave to proceed *in forma pauperis* on appeal (Dkt. No. 63), but with a prison trust account statement attached. Plaintiff's second request for leave to proceed *in forma pauperis* on appeal is therefore DENIED for the same reasons as the initial request was denied. *See* Dkt. No. 66.

This order terminates Dkt. No 67. This case remains closed. The Clerk shall transmit a copy of this order to the Court of Appeals.

**IT IS SO ORDERED.**

Dated: 10/10/2019

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge